BEFORE THE SECOND DIVISION, JULY 21, 1939

No. 41838.—Protest 61690-G of Salem Shawing (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the Normandy laces in question are similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) the claim at 75 percent under paragraph 1430 was sustained.

No. 41839.—Protests 77536-G, etc., of Stern Bros. (New York).

Opinion by TILSON, J. It was stipulated that certain of the items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41840.—Protests 155898-G, etc., of Max Horn & Bros. et al. (New York).

Opinion by TILSON, J. The record showed that the Normandy laces in question are similar to those involved in *Amrein* v. *United States* (T. D. 49551). In accordance therewith the claim at 75 percent under paragraph 1430 was sustained.

No. 41841.—Protest 97218-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of embroidered laces and embroidered veils. The claim at 75 percent under paragraph 1430 was therefore sustained as to these items.

No. 41842.—Protest 82794-G of Salem Shawiry (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of Normandy laces similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41843.—Protest 95606-G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consists of Normandy laces, embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained as to these articles. The record also showed that certain of the articles are in chief value of cellulose filaments. In accordance therewith the claim at 60 percent under paragraph 31 as articles in chief value of cellulose filaments was sustained.